IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CLEAR SPRING PROPERTY AND CASUALTY COMPANY,**  Plaintiff/Counterclaim Defendant  v.  **MATADOR SPORTFISHING, LLC,**  Defendant/Counterclaim Plaintiff | : No. 1:21-cv-01581 : : **(Judge Kane)** : : : : : |

## ORDER

**AND NOW**, on this 24th day of March 2022, upon consideration of Plaintiff/Counterclaim Defendant Clear Spring Property and Casualty Company's Motion To Strike Jury Demand (Doc. No. 16), and the briefing associated with the motion, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT** the Motion (Doc. No. 16) is **GRANTED**.

                                                s/ Yvette Kane
                                                Yvette Kane, District Judge
                                                United States District Court
                                                Middle District of Pennsylvania